UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL JONES, | CASE NO. C17-0680JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TODD SLADE, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The deadlines set forth in the court's order regarding initial disclosures and joint status report (Dkt. # 5) are extended as follows:

//

//

//

//

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | July 21, 2017 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | August 4, 2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | August 11, 2017 |

Filed and entered this 13th day of June, 2017.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk