UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL JONES,<br><br>                Plaintiff,<br>    v.<br><br>TODD SLADE, et al.,<br><br>                Defendants. | CASE NO. C17-0680JLR<br><br>ORDER DENYING JOINT MOTION FOR STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE |

Before the court is the parties' stipulated motion for a protective order. (Stip. Mot. (Dkt. # 10).) The parties, however, fail to comply with Local Rule LCR 26(c)(2). *See* Local Rules W.D. Wash. LCR 26(c)(2). Pursuant to this rule, "[p]arties are encouraged to use this district's model protective order, available on the court's website," but those "[p]arties that wish to depart from the model order must provide the court with a redlined version identifying departures from the model." *Id*. Here, the parties appear to use the model protective order as a basis for their filing, but they fail to provide the court a redlined version as required under the local rules. Accordingly, the court DENIES the

parties' stipulated motion for a protective order (Dkt. # 10), but without prejudice to re-filing in a manner that comports with the court's local rules.

Dated this 10th day of October, 2017.

JAMES L. ROBART
United States District Judge

ORDER - 2