1

2

3

4

5

6

7

Honorable James Robart
Friday, Feb 2, 2018

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8  CAROL JONES,

9                                    Plaintiff,

10        v.

11  Officer TODD SLADE; Former Chief
   of Police ERIC OLSEN, and THE
12  CITY OF KIRKLAND and its
   POLICE DEPARTMENT,
13

14                              Defendants.

Case No.  2:17-cv-00680-JLR

ORDER

15

16        This matter comes before the Court on the unopposed Plaintiff's Motion to File Under

17  Seal. Upon consideration of the Plaintiff's Motion, and the entire record of this case, it is hereby

18        ORDERED that the motion is GRANTED.

19  Date: Jan 30, 2018

20                                              Hon. James Robart
                                               UNITED STATES DISTRICT COURT JUDGE
21

22

23  Presented by:
   Law Office of Kirk C. Davis, PLLC

24

25  s/ Kirk C. Davis
   Kirk C. Davis, WSBA#21461
26  Attorney for Plaintiff

ORDER - 1                              N        Law Office of Kirk C. Davis, PLLC
                                               1218 Third Avenue, Suite 1000
Case No. 2:17-cv-00680-JLR                     Seattle, Washington 98101
                                               Ph (206) 684-9339  Fax (206) 260-3685