The Honorable James L. Robart
Trial Date: 12/03/2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROL JONES,<br><br>    Plaintiff,<br><br>v.<br><br>Officer TODD SLADE, Former Chief of Police ERIC OLSEN, and THE CITY OF KIRKLAND AND ITS POLICE DEPARTMENT,<br><br>    Defendants. | No. 2:17-cv-00680-JLR<br><br>[PROPOSED] ~~ ~~ *JLR*<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CAROL JONES and Defendants that all of Plaintiff's claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 5th day of July, 2018.

| LAW OFFICE OF KIRK C. DAVIS, PLLC | KEATING, BUCKLIN & McCORMACK |
|---|---|
| /s/ Kirk C. Davis | *s/ Jeremy W. Culumber* |
| Kirk C. Davis, WSBA #21461 | Jeremy W. Culumber, WSBA #35423 |
| Attorney for Plaintiff | Attorney for Defendants, |
| 1218 Third Ave., Ste. 1000 | 801 Second Ave., Ste. 1210 |
| Seattle, WA 98101 | Seattle, WA 98104 |
| Ph: (206) 684-9339 | Ph.: (206) 623-8861 |
| kirk@kirkdavislaw.com | jculumber@kbmlawyers.com |

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:17-cv-00680-JLR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this _____ day of _____ July _____, 2018.

_____
THE HONORABLE JAMES L. ROBART

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:17-cv-00680-JLR

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423